**Order entered September 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00463-CR**
**No. 05-16-00464-CR**

**JESUS ANTONIO PONCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-70299-J & F14-33407-J**

## ORDER

The Court has before it appellant's September 9, 2016 motion regarding the reporter's record. We **GRANT** the motion only to the extent it asks us to determine why the reporter's record has not been filed. We **ORDER** the trial court to make findings of fact regarding why the reporter's record has not been filed.

- The trial court shall determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/ ADA BROWN
   JUSTICE